**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

SHIRLEY STERNAMAN,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Civil No. 00-402 ADM/AJB

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. As such, you are hereby given notice that the pretrial conference scheduled to be held on May 16, 2000, at 1:30 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

Dated: 4/27/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED APR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Franklin L. Noel.

NEW CASE NUMBER 00-402 ADM/FLN

Use this case number for all further filings.