**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-402 ADM/FLN**

---

Shirley Sternaman,

Plaintiff,

-vs-

**STIPULATION OF DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANT TRANS UNION ONLY**

Trans Union Corporation,

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and her attorney, and Defendant Trans Union Corporation, and its attorneys, that Plaintiff's claims as against Defendant Trans Union Corporation only, shall be and hereby are dismissed with prejudice and on the merits, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry, Esq.
Attorney I.D.# 0266577
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER P.A.**
Thomas J. Lyons, Jr., Esq.
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171

Shapiro Professional Association
**~~PIPER MARBURY RUDNICK&WOLFE~~**

By: ______________________ #172741
Susan D. Holappa, Esq.
1060 The Colonade
5500 Wayzata Boulevard
Minneapolis, MN 55416

Attorney for Defendant



FILED JAN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Telephone: (651) 770-9707

Attorneys for Plaintiffs

Dated: Dec. 22, 2000 Dated: January 9, 2001

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant Trans Union, shall be, and herewith is, dismissed with prejudice.

Dated: January 10, 2001

The Honorable Judge of
United States District Court
Ann D. Montgomery