138

# UNITED STATES DISTRICT COURT
## District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-402 ADM/~~AJB~~ FLN

**Affidavit of Movant**

I, Gregory J. Myers, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Daniel J. McLoon, an attorney admitted to practice in the (See Exhibit A) District of (See Exhibit A), but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( X ) defendant Experian Information Solutions, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature [signature] Date 7/17/01

Minnesota Attorney License Number: 0287398

Law Firm Name & Address: Lockridge Grindal Nauen, P.L.L.P.
Suite 100, Washington Avenue South
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900

**Affidavit of Proposed Admittee**

I, Daniel J. McLoon, am currently a member in good standing of the U.S. District Court for the (See Exhibit A) District of (See Exhibit A), but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Daniel J. McLoon — Type/Print Name
[signature] — Signature
07/13/01 — Date

Attorney License Number: 109598 CA

Law Firm Name & Address: Jones, Day, Reavis & Pogue
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939

Case Number: 00-402 ADM/AJB Judge Assigned: Judge Montgomery
Case Title: Shirley Stephenson v. Experian Information Solutions, Inc., et al.

Motion Granted: [signature]
For the Court, ~~Francis E. Dosal~~, Clerk
RICHARD SLETTEN

JUL 18 2001
Date

Note: the original of this form and the Pro Hac Vice admission fee of $75 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

# EXHIBIT A

1. United States District Court for the Central District of California [admitted 23 December 1983]
2. United States District Court for the Southern District of California [admitted 18 November 1996]
3. United States District Court for the Northern District of California [admitted 1989]
4. United States District Court for the Eastern District of California [admitted 29 March 2001]
5. United States District Court for the District of Arizona [admitted 1991]
6. United States District Court for the Eastern District of Texas [admitted 11 September 2000]
7. United States District Court for the Northern District of Texas [admitted 24 October 1997]

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500