UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shirley Sternaman,

Plaintiff,

v.

Trans Union Corporation; CSC Credit Services, Inc.; Experian Information Solutions, Inc.; Cross Country Bank,

Defendants.

Civil No. 00-402 ADM/FLN

**ORDER**

---

Thomas Lyons, Sr., for Plaintiff.
Marianne Short for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on July 23, 2001, on Plaintiff's Motion for Sanctions [#22].

Plaintiff's counsel traveled to Wilmington, Delaware, on June 13, 2001, to take the party deposition of Defendant Cross Country Bank. Based on previous communications between counsel, Defendant's counsel neither attended the deposition nor prepared Cross Country Bank's Rule 30(b)(6) designee for the deposition. As a result, the deposition did not take place.

Having considered the arguments made at the hearing and the records submitted in their support, the Court concludes that the non-occurrence of the deposition is the result of miscommunication between Plaintiff's and Defendants' counsel, and that both are equally responsible for the misunderstanding. Accordingly, Defendants shall reimburse to Plaintiff one-half of the non-fee expenses incurred by Plaintiff's counsel in attempting to hold the deposition. Non-fee expenses include:

FILED AUG 0 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| | | |
|---|---|---|
| 1. | Round-trip ticket from Minneapolis to Philadelphia | $1185 |
| 2. | Meals | $26.95 |
| 3. | Round-trip transportation from Philadelphia to Wilmington | $64.05 |
| 4. | Parking in the Minneapolis airport | $15 |
| 5. | Hotel | $179.91 |
| 6. | The cost of the court reporter and transcript for the deposition | $392.97 |
| **TOTAL** | | **$1863.88** |
| **Portion of total to be borne by Defendants** | | **$931.94** |

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Sanctions [#22] is **GRANTED IN PART AND DENIED IN PART**. Defendants shall pay to Plaintiff the sum of $931.94.

DATED: Aug 7, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge