UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shirley Sternaman,

Plaintiff,

v.

Trans Union Corporation; CSC Credit Services, Inc.; Experian Information Solutions, Inc.; Cross Country Bank,

Defendants.

Civil No. 00-402 ADM/FLN

**ORDER**

---

Thomas Lyons, Jr., for Plaintiff.
William A. Gengler/Gregory Myers
Michelle M. Blum, Charles F. Webber,
Thomas Nuss, for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on October 22, 2001, on Defendant CSC's Motion to Modify the Amended Pretrial Schedule [#39].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant CSC's Motion to Modify the Amended Pretrial Schedule [#39] is **GRANTED** as follows:

1. All dispositive motions shall be filed and scheduled for hearing prior to October 10, 2001;

2. All other dates, including the trial ready date, remain unchanged.

DATED: 11/15, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 11-16-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK